FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAY 22  P 3: 26

DAVID WAYNE LARSON,

      **Plaintiff,**

v.                                                                  **Case No.: 3:06-cv-340-J-20MMH**

DAVIDSON FORD, LTD., a corporation
d/b/a MIKE DAVIDSON FORD, a fictitious name;
JOHN DOE, a fictitious name utilized in place
of a surety corporation whose actual name is
currently unknown, a corporation; FORD MOTOR
COMPANY, a corporation; and FORD MOTOR
CREDIT CORPORATION, a corporation,

      **Defendants.**

_____/

**ORDER**

Before the Court are Plaintiff's Motion to Remand to State Court (Doc. No. 17, filed

April 28, 2006) and Plaintiff's Motion to Vacate all Orders Entered by the Federal Court without

Jurisdiction. (Doc. No. 18, entered April 28, 2006). The above captioned case was removed to

this Court by Defendant Davidson Ford, LLC on April 12, 2006. (Doc. No. 1). When Plaintiff

originally filed his Motion to Remand, Plaintiff's Rule 3.01(g) certificate indicated that it was

opposed by Defendant Davidson Ford, LLC, but consented to by Defendant Ford Motor

Company. Defendant Davidson Ford, LLC has not filed a written Response. Instead, on May

18, 2006, Defendant Davidson Ford filed a Notice indicating that all Parties now consent to

Plaintiff's Motion to Remand. (Doc. No. 35). Consequently, Plaintiff's Motion to Remand is

GRANTED (Doc. No. 17) and the above captioned case is hereby REMANDED to the Circuit

Court of the Fourth Judicial Circuit in and for Duval County.  The Clerk is directed to terminate

all other pending motions and close the file.

DONE AND ENTERED at Jacksonville, Florida, this 22 day of May, 2006.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
William E. Folson, Esq.
Roger Slade, Esq.
Brooks Rathet, Esq.
Clerk of the Circuit Court of Fourth Judicial Circuit in and for Duval County